UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MICHAEL SCOTT, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. C-06-108 |
| § | |
| WILLIAM STEPHENS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER DENYING AS MOOT MOTION FOR EXTENSION OF TIME

Plaintiff's motion for an extension of time to pay the filing fee (D.E. 90) is denied as moot. Final judgment dismissing plaintiff's claims was entered September 19, 2007 (D.E. 89).

ORDERED this 23rd day of October, 2007.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE